# Exhibit "A"



Jay-Z 1 Photograph



Jay-Z 2 Photograph



Jay-Z 3 Photograph



Jay-Z 4 Photograph

# Exhibit "B"



Gorgeous New Styles
Talbots

**SANDRA ROSE**

NEWS    PHOTOS    MEDICAL MINUTE    FASHION    SPORTS    CONTACT    Search

# Report: Jay Z Earned $63 Million, Donated $6,000 to Charity

Tuesday, February 7, 2012



About 90% of celebrities are narcissists or they have narcissistic tendencies. They believe they are special and that they are entitled to special treatment.

These celebs cloak themselves inside a warm cocoon where they believe they are untouchable. Celebrities and their reps realize that the media is not as gullible as the general public, so they ingratiate themselves to the media (and to certain blogs). They give certain members of the media (and certain bloggers) exclusive access into their world in return for favorable press. This sort of treatment is otherwise known as kissing azz.

When a celebrity grovels before the national media as much as Jay Z does, he or she doesn't expect the media to turn on them and expose their failings.

This is precisely what happened to Jay Z today -- one day after his so-called "historic" performance at Carnegie Hall in NY. The hard working sleuths at The Daily have uncovered shady financial dealings by Jay Z.

The tide has shifted. Who didn't see this coming after Beyonce played the media with her sham of a pregnancy?

From **The Daily**:

> 66 Jay-Z calls himself the best rapper alive, and he's made a cool half billion dollars off his talent — but when it comes to giving money to the charity he founded, he's recently been more of a nickel-and-dime kind of guy.
>
> The hip-hop artist gave just $6,431 to his own charity in 2010, a year in which he earned an estimated $63 million, according to tax records for the Shawn Carter Scholarship Fund examined by The Daily.
>
> His superstar wife, Beyoncé, made in the neighborhood of $87 million, according to a Forbes estimate — yet she didn't give her husband's foundation a dime.

Jana Fleishman, Jay Z's loyal publicist, didn't deny the $6k donation, but she did mention that Jay Z contributes in other ways. For instance, his mother, Gloria Carter, works for free running his foundation. Where have we heard that before?

   



**Categories**

Categories
Select Category

**Meta**

Log in
Entries feed
Comments feed
WordPress.org



TALBOTS



Photos: Splash News Online

Posted In   BUSINESS   CELEBRITY   CONTROVERSY   ETHERED/DISSED   MISCELLANEOUS   MONEY & FINANCES
NARCISSISTS   NEWS   PUT 'EM ON BLAST   SLOW NEWS DAY

Email this post   |   Tweet this   |   Share on Facebook

Medical experts dispute viral video that
shows rookie cop 'overdosing' on
fentanyl

Rihanna's Fenty sued for song that
offended Muslims

Judge Upholds Kelly Clarkson's
Prenup in Bitter Divorce, She
Celebrates On Set of 'The Voice'

**Sandrarose.com Comment Policy**

Be civil and respectful. Racism and profanity will be deleted.
Please read our Comment Policy before commenting.

Comments for this thread are now closed.                                    ✕

0 Comments     Sandrarose.com     🔒 Disqus' Privacy Policy                Login

♡ Recommend     Tweet     Share                                        Sort by Newest

This discussion has been closed.

✉ Subscribe     Add Disqus to your site     ⚠ Do Not Sell My Data              DISQUS

🐦   📶

Copyright © 2021 Sandra Rose.

Terms of Use | Privacy | DMCA | Site by Bixbi

SHE! PARTNER NETWORK
LIFESTYLE
Learn More | Privacy



"Sandra Rose"
Watermark



"Sandra Rose"
Watermark



"Sandra Rose"
Watermark



"Sandra Rose"
Watermark